**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| DEBORAH ANN RAFFERTY | : |
| xxx-xx-2795 | : |
| Debtor. | :CHAPTER 13 |
| | : |
| J.P. MORGAN MORTGAGE | : |
| ACQUISITION CORP. | :CASE NO. 19-12203/AMC |
| Movant, | : |
| v. | : |
| | : |
| DEBORAH ANN RAFFERTY | : |
| Debtor | : |
| | : |
| And | : |
| | :Hearing Date: August 19, 2020 |
| SCOTT F. WATERMAN | : |
| Trustee, | : |
| | :Courtroom: 4 |
| Respondents. | : |

**STIPULATION RESOLVING RELIEF MOTION**

THIS matter being opened to the Court by Emmanuel J. Argentieri, Esquire of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, J.P. Morgan Mortgage Acquisition Corp., (hereinafter "Movant"), upon a motion for relief from the automatic stay as to real property, more commonly known as 321 Timberjump Lane, Media, Pennsylvania 19063; and Stephen V. Bottiglieri, Esquire of Bottiglieri Law, LLC appearing on behalf of Debtor; and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. Debtor recently brought her post-petition mortgage account current through the July 1, 2020 payment.

2. Commencing with the August 1, 2020 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

3. Debtor shall reimburse JP for attorney fees/costs totaling $850.00. Commencing with the October 1, 2020 post-petition payment and continuing each month thereafter through and

including March 1, 2021, Debtor shall remit regular monthly mortgage payments, plus 1/6 of the aforesaid attorney fees/costs reimbursement ($141.67).

4. If any regular monthly mortgage payments, or cure payments per paragraph 3 herein, commencing after the cure of the post-petition delinquency are more than thirty (30) days late, Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the mortgaged property referenced herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Movant				Date:  9/14/2020

/S/STEPHEN V. BOTTIGLIERI
Stephen V. Bottiglieri, Esquire
Attorney for Debtor				Date:  9/20/2020

_____
/S/POLLY A. LANGDON
POLLY A. LANGDON
For: Scott Waterman, Esquire
Ch. 13 Trustee					Date:  9/28/2020

AND NOW, this_____day of _____, 2020, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

**Date: October 1, 2020**				_____
						**Honorable Ashely M. Chan**
						**U.S. Bankruptcy Judge**
						**Eastern District of Pennsylvania**

*This stipulation consists of two (2) pages*